AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 14, 2023**

SEAN F. McAVOY, CLERK

JOSE G.,

*Plaintiff*

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security

*Defendant*

Civil Action No. 4:23-cv-05042-WFN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Brief, filed July 5, 2023, ECF No. 8, is GRANTED.
Defendant's Brief, filed August 4, 2023, ECF No. 10, is DENIED.
This matter is REMANDED to the Commissioner for additional proceedings consistent with the Order filed at ECF No. 12.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Wm. Fremming Nielsen on cross briefs.

Date: 12/14/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams